**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**MIGUEL EDUARDO PALOMEQUE-CARRION,**

**Petitioner,**

**v.** **No. 1:26-cv-00419-SMD-JFR**

**PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,**

**Respondents.**

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus (Doc. 9), Final Judgment is hereby entered in favor of Petitioner Miguel Eduardo Palomeque-Carrion and against Respondents Pamela Bondi, Daren K. Margolin, Kristi Noem, Todd M. Lyons, Mary De Anda-Ybarra, and Ray Carnes.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**